UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3D SYSTEMS, INC., <br><br>　　　　　　　　　Plaintiff, <br><br>v. <br><br>BEN WYNNE, et al., <br><br>　　　　　　　　　Defendants. | Case No.:  23-cv-1902-JAH-DDL <br><br> **ORDER DENYING AS MOOT NON-PARTY 3D SYSTEMS CORPORATION'S MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH** <br><br> **[Dkt. No. 1]** |

　　　　Before the Court is Non-Party 3D Systems Corporation's Motion for Protective Order and Motion to Quash ("Motion").  Dkt. No. 1.  On April 3, 2024, the parties filed a Joint Status Report in *3D Systems, Inc. v. Wynne, et al.*, 21-cv-1141-AGS-DDL, and represented that "any outstanding issues have now been resolved" with respect to the three issues raised in the Motion.  Dkt. No. 468 at 13.  During a Discovery Conference on April 8, 2024, counsel for the parties, including counsel for 3D Systems Corporation, Nikole S. Mergo, confirmed that the Motion is moot.

/ / /

/ / /

/ / /

1

1  The Motion is **DENIED AS MOOT**.  The Clerk of Court is respectfully directed to
2  enter this Order and close case number 23-cv-1902-JAH-DDL.
3  **IT IS SO ORDERED.**
4  Dated:  April 9, 2024

_David Leshner_

Hon. David D. Leshner
United States Magistrate Judge